JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

CHRISTOPHER KEELEY, an individual,

Plaintiff,

v.

UROGEN PHARMA, INC, a Delaware Corporation, and DOES 1 through 10, inclusive,

Defendants.

Case No. 8:25-cv-00771-JWH-KESx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 29] entered on or about June 30, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 30, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE